| FORM B1 | United States Bankruptcy Court **NORTHERN DISTRICT OF ILLINOIS** EASTERN DIVISION | Voluntary Petition |

| Name of Debtor (if individual, enter: Last, First, Middle): **BELL, ANNIAS** | Name of Joint Debtor (Spouse)(Last, First, Middle): **BELL, CONFIDANCE** |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all): **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** | Soc. Sec./Tax I.D. No. (if more than one, state all): **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** |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **30 W. CHICAGO, APT. 1035 CHICAGO, IL  60610** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): **555 W. 33RD PLACE CHICAGO, IL  60616** |
| County of Residence or of the Principal Place of Business: **COOK** | County of Residence or of the Principal Place of Business: **COOK** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| [X] Individual(s)  [ ] Railroad | | [X] Chapter 7   [ ] Chapter 11   [ ] Chapter 13 |
| [ ] Corporation  [ ] Stockbroker | | [ ] Chapter 9   [ ] Chapter 12 |
| [ ] Partnership  [ ] Commodity Broker | | [ ] Sec. 304 - Case ancillary to foreign proceeding |
| [ ] Other _____ | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| [X] Consumer/Non-Business   [ ] Business | [X] Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) [ ] Debtor is a small business as defined in 11 U.S.C. § 101 [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e)(optional) | [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 [ ] | 16-49 [X] | 50-99 [ ] | 100-199 [ ] |
|---|---|---|---|---|

| Estimated Assets | | | | | |
|---|---|---|---|---|---|
| $0 to $50,000 [X] | $50,001 to $100,000 [ ] | $100,001 to $500,000 [ ] | $500,001 to $1 million [ ] | $1,000,001 to $10 million [ ] | $10,000,001 to $50 million [ ] |

| Estimated Debts | | | | | |
|---|---|---|---|---|---|
| $0 to $50,000 [ ] | $50,001 to $100,000 [ ] | $100,001 to $500,000 [X] | $500,001 to $1 million [ ] | $1,000,001 to $10 million [ ] | $10,000,001 to $50 million [ ] |

THIS SPACE FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District of Illinois
FILED: 04/12/99
Time: 3:44 p.m.
Debtor: Annias Bell
Case #: 99-11649
Chapter 7
Judge Jack B. Schmetterer
341 mtg: 05/21/99  01:30 P.M.
Trustee: Leonard Groupe

1:99BK11649-BK001

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**ANNIAS BELL**<br>**BELL CONFIDANCE** | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (if more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>**NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (if more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of Debtor (Corporate/Partnership)** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7,11,12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specific in this petition.<br><br>X *Annias Bell*<br>ANNIAS BELL<br><br>X<br>BELL CONFIDANCE<br>*Confid Bell*<br>Telephone Number (If not represented by attorney)<br>*3/12/99*<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>Signature of Authorized Individual<br><br>**Not Applicable**<br>Print or Type Name of Authorized Individual<br><br>**Not Applicable**<br>Title of Authorized Individual<br><br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X *Murphy*<br>FORREST L. INGRAM<br>**FORREST L. INGRAM**<br>Printed Name of Attorney for Debtor(s)<br>**FORREST L. INGRAM, P.C.**<br>Firm Name<br>**79 West Monroe**<br>Address<br>**Suite 1210**<br><br>**Chicago, IL  60603-4907**<br><br>**(312)759-2838**<br>Telephone Number<br>*4-12-99*<br>Date | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>**Not Applicable**<br>Printed Name of Bankruptcy Preparer<br><br>Social Security Number<br><br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>**Not Applicable** |
| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>[ ] Exhibit A is attached and made a part of this petition. | If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.<br><br>X |
| **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.<br><br>X *Murphy*    *4-12-99*<br>FORREST L. INGRAM       Date | Signature of Bankruptcy Petition Preparer<br><br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156. |

NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT DEBTOR

JOHN O. NOLAND, JR.


JONATHAN N. ROGERS
JULIE A. BOYNTON

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  ANNIAS BELL            CONFIDANCE BELL            Case No. _____
        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            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
                                                         Chapter  7

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $          0.00 | | |
| B - Personal Property | YES | 3 | $     39,113.00 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $     40,200.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $    168,845.92 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $      3,695.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $      4,852.73 |
| Total Number of sheets in ALL Schedules >> | | 14 | | | |
| Total Assets >> | | | $     39,113.00 | | |
| Total Liabilities >> | | | | $    209,045.92 | |

In re:   ANNIAS BELL                    CONFIDANCE BELL              Case No. _____
         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                    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

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | 0.00 | 0.00 |

TOTAL »   0.00

Schedule A - Page 1

In re:   ANNIAS BELL                    CONFIDANCE BELL                Case No. _____
         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                   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

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1. Cash on hand. | CASH | H | 50.00 |
| | CASH | W | 40.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | CHECKING 212912077 CITIBANK 255 N. CLARK ST. CHICAGO, IL | W | 50.00 |
| | MONEYMARKET ACCOUNT CITIBANK | W | 25.00 |
| | SAVINGS 348603053 CREDIT UNION-HEALTHCARE ASSOCIATES | W | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | APARTMENT SECURITY DEPOSIT | J | 300.00 |
| | APARTMENT SECURITY DEPOSIT | J | 768.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | FURNITURE, TVS, COMPUTER (OLD) | J | 500.00 |
| | VARIOUS FURNITURE PURCHASE FROM SHAWS | W | 500.00 |
| | VARIOUS FURNITURE PURCHASED FROM SHAWS | H | 200.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | NONE | | 0.00 |
| 6. Wearing apparel. | NECESSARY WEARING APPAREL | | 200.00 |
| | NECESSARY WEARING APPAREL | | 200.00 |
| 7. Furs and jewelry. | NONE | | 0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | NONE | | 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | TERM POLICY NO CASH VALUE | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | NONE | | 0.00 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | MILCO | W | 500.00 |
| | SMITH BARNEY IRA ACCT. NO. 3 5006 010 214709 55 | H | 1,000.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | NONE | | 0.00 |

Schedule B - Page 1

In re:  ANNIAS BELL                    CONFIDANCE BELL                 Case No. _____
        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                    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

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | NONE | | 0.00 |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | NONE | | 0.00 |
| 15. Accounts Receivable. | NONE | | 0.00 |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled.  Give particulars. | NONE | | 0.00 |
| 17. Other liquidated debts owing debtor including tax refunds.  Give details. | NONE | | 0.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in the Schedule of Real Property. | NONE | | 0.00 |
| 19. Contingent and non-contingent interest in estate of a decedent, death benefit plan, life insurance policy, or trust. | NONE | | 0.00 |
| 20. Other contingent and unliquidated claims of any nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | NONE | | 0.00 |
| 21. Patents, copyrights, and other intellectual property.  Give estimated value of each. | NONE | | 0.00 |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | NONE | | 0.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | 1995 HONDA ACCORD (50% INTEREST) | J | 16,680.00 |
| | 1997 FORD TAURUS SEDAN | H | 18,000.00 |
| 24. Boats, motors, and accessories. | NONE | | 0.00 |
| 25. Aircraft and accessories. | NONE | | 0.00 |
| 26. Office equipment, furnishings, and supplies. | NONE | | 0.00 |
| 27. Machinery, fixtures, equipment, and supplies. | NONE | | 0.00 |
| 28. Inventory. | NONE | | 0.00 |
| 29. Animals. | NONE | | 0.00 |
| 30. Crops - growing or harvested.  Give particulars. | NONE | | 0.00 |
| 31. Farming equipment and implements. | NONE | | 0.00 |

In re: ANNIAS BELL  
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

CONFIDANCE BELL  
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

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 32. Farm supplies, chemicals, and feed. | NONE | | 0.00 |
| 33. Other personal property of any kind not already listed. Itemize. | NONE | | 0.00 |

TOTAL »    39,113.00

Schedule B - Page 3

In re: ANNIAS BELL          CONFIDANCE BELL          Case No. _____
       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           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

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

[ ]  11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).  Note:  These exemptions are available only in certain states.

[X]  11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1997 FORD TAURUS SEDAN | 735 ILCS 5/12-1001(c) | 1,200.00 | 18,000.00 |
| APARTMENT SECURITY DEPOSIT | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| APARTMENT SECURITY DEPOSIT | 735 ILCS 5/12-1001(b) | 768.00 | 768.00 |
| CASH | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| CASH | 735 ILCS 5/12-1001(b) | 40.00 | 40.00 |
| CHECKING 212912077 CITIBANK 255 N. CLARK ST. CHICAGO, IL | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| FURNITURE, TVS, COMPUTER (OLD) | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| MILCO | 735 ILCS 5/12-1001(b) | 167.00 | 500.00 |
| MONEYMARKET ACCOUNT CITIBANK | 735 ILCS 5/12-1001(b) | 25.00 | 25.00 |
| NECESSARY WEARING APPAREL | 735 ILCS 5/12-1001(a),(e) | 200.00 | 200.00 |
| NECESSARY WEARING APPAREL | 735 ILCS 5/12-1001(a),(e) | 200.00 | 200.00 |
| SAVINGS 348603053 CREDIT UNION-HEALTHCARE ASSOCIATES | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| SMITH BARNEY IRA ACCT. NO. 3 5006 010 214709 55 | 735 ILCS 5/12-1006 | 1,000.00 | 1,000.00 |

In re:   ANNIAS BELL
         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

CONFIDANCE BELL
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

Case No. _____

# Schedule D - Creditors Holding Secured Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | CLAIM DATE, NATURE OF LIEN, DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| ACCT. NO. 00110529258850001   YES   W<br><br>AMERICAN HONDA FINANCE CORP.<br>PO BOX 0544<br>CAROL STREAM, IL 60132 | | | 8/1/98<br>SALES CONTRACT<br>CO-SIGNED FOR SON<br><br>1995 HONDA ACCORD/FOUR DOOR<br><br>VALUE $         13,000.00 | | 11,500.00 | 0.00 |
| ACCT. NO. `   NO<br><br>FORD MOTOR CREDIT<br>PO BOX 6066<br>DEARBORN, MI 48121 | | | 1997 FORD TAURUS SEDAN<br><br>VALUE $         18,000.00 | | 28,000.00 | 10,000.00 |
| ACCT. NO. 401367   NO   J<br><br>MIDLAND FINANCE CO.<br>7541 N. WESTERN<br>CHICAGO, IL 60645 | | | SALES CONTRACT<br><br>VARIOUS HOUSEHOLD FURNITURE PURCHASED FROM SHAWS.<br><br>VALUE $         500.00 | | 350.00 | 0.00 |
| ACCT. NO. 098784-9   NO   J<br><br>SHAWS<br>4805 S. ASHLAND<br>CHICAGO, IL 60609 | | | INSTALLMENT CONTRACT<br><br>VARIOUS HOUSEHOLD FURNITURE<br><br>VALUE $         3,900.00 | | 350.00 | 0.00 |

|  | Subtotal »<br>(Total of this page) | 40,200.00 |
|---|---|---|
|  | TOTAL » | 40,200.00 |

In re: ANNIAS BELL         CONFIDANCE BELL        Case No._____
      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               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

# Schedule E - Creditors Holding Unsecured Priority Claims

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

# Types of Priority Claims

[ ]  Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

[ ]  Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

[ ]  Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ]  Certain farmers and fishermen

Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

[ ]  Deposits by individuals

Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

[ ]  Alimony, Maintenance, or Support

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

[ ]  Taxes and Other Certain Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ]  Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

[ ]  Other Priority Debts

In re:   ANNIAS BELL
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

CONFIDANCE BELL
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

Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO. 373723064693001<br><br>AMERICAN EXPRESS<br>CENTURION BANK<br>SUITE 0002<br>CHICAGO, IL 60679 | NO | W | 8/20/98<br><br>VARIOUS GOODS AND SERVICES | | 1,946.00 |
| ACCT. NO. 5657029277<br><br>AMOCO<br>PO BOX 9014<br>DES MOINES, IOWA 50368 | NO | H | 7/13/98<br><br>VARIOUS GOODS AND SERVICES | | 1,270.28 |
| ACCT. NO. 5398430023733213<br><br>AT&T UNIVERSAL CARD SERVICES<br>PO BOX 4195<br>CAROL STREAM, IL 60197 | NO | W | 9/12/98<br><br>VARIOUS GOODS AND SERVICES | | 687.00 |
| ACCT. NO. 1523003011597440<br><br>CIRCUIT CITY<br>C/O FIRST NORTH AMERICAN<br>NATIONAL BANK<br>PO BOX 3083<br>MILWAUKEE, WI 53201 | NO | W | 9/13/98<br><br>VARIOUS GOODS AND SERVICES | | 296.86 |
| ACCT. NO. 5424180243565030<br><br>CITIBANK<br>PO BOX 6200<br>THE LAKES, NEVADA 88901 | NO | W | 9/8/98<br><br>VARIOUS GOODS AND SERVICES. | | 4,018.00 |
| ACCT. NO. 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-1<br><br>DIRECT LOANS<br>U.S. DEPARTMENT OF EDUCATION<br>P.O. BOX 746000<br>ATLANTA, GA 30374-6000 | NO | H | STUDENT LOAN | | 16,115.00 |
| ACCT. NO. 6011007620160266<br><br>DISCOVER CARD<br>PO BOX 6011<br>DOVER, DE 19903 | NO | J | 8/28/99<br><br>VARIOUS GOODS AND SERVICES | | 5,071.12 |
| ACCT. NO. 343460979 ·<br><br>DISTRICT COUNSEL<br>INTERNAL REVENUE SERVICE<br>200 W. ADAMS<br>SUITE 2300<br>CHICAGO, IL 60606 | NO | H | 7/7/98<br><br>UNPAID INCOME TAXES FOR TAX YEARS ENDING 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, AND 1992. | | 121,000.00 |

Subtotal »
(Total of this page)

150,404.26

In re: ANNIAS BELL
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

CONFIDANCE BELL
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

Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO. 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<br><br>DISTRICT DIRECTOR<br>INTERNAL REVENUE SERVICES<br>P.O. BOX 745<br>CHICAGO, IL 60690<br>ATN: DPN27-3 | NO | H | NOTICE ONLY | | 0.00 |
| ACCT. NO. 5410050233002334<br><br>ELAN FINANCIAL SERVICES<br>PO BOX 5225<br>LISLE, IL 60532 | NO | J | 5/21/98<br><br>VARIOUS GOODS AND SERVICES | | 2,952.59 |
| ACCT. NO. 4911858944<br><br>FIRST CONSUMERS NATIONAL BANK<br>9310 SW GEMINI DRIVE<br>BEAVERTON, OREGON 97078 | NO | W | 8/23/98<br><br>VARIOUS GOODS AND SERVICES | | 1,352.44 |
| ACCT. NO. 5329050975519644<br><br>MBNA AMERICA<br>PO BOX 1509<br>WILMINGTON, DE 19886 | NO | W | 3/1/98<br><br>VARIOUS GOODS AND SERVICES | | 500.00 |
| ACCT. NO. 4356490000566401<br><br>NATIONS BANK OF DELAWARE<br>PO BOX 85350<br>LOUISVILLE, KY 40285 | NO | W | 9/13/98<br><br>VARIOUS GOODS AND SERVICES | | 2,068.51 |
| ACCT. NO. 05 1914 500130 1<br><br>QCARD<br>PO BOX 105981<br>DEPT. 05<br>ATLANTA, GA 30353 | NO | W | 9/13/98<br><br>VARIOUS GOODS AND SERVICES | | 2,357.82 |
| ACCT. NO.<br><br>RADIO SHACK<br>PO BOX 2016<br>OMAHA, NE 68103 | NO | J | 1/1/98<br><br>VARIOUS GOODS AND SERVICES | | 100.00 |
| ACCT. NO. 0171356848407<br><br>SEARS PAYMENT CENTER<br>PO BOX 778<br>COLUMBUS, OH 43216 | NO | W | 8/10/98<br><br>VARIOUS GOODS AND SERVICES | | 900.00 |
| ACCT. NO. 363460979-71<br><br>STUDENT LOAN CORPORATION<br>P.O. BOX 92906<br>ROCHESTER, NY 14692 | NO | H | STUDENT LOAN | | 8,210.30 |
| | | | | Subtotal »<br>(Total of this page) | 18,441.66 |
| | | | | TOTAL » | 168,845.92 |

Schedule F - Page 2 of 2

In re:  ANNIAS BELL                    CONFIDANCE BELL                 Case No. _____
        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                    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

# Schedule G - Executory Contracts and Unexpired Leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| ANIAS BELL<br>30 W. CHICAGO, #1035<br>CHICAGO, IL 60610 | APARTMENT LEASE |
| CONFIDENCE BELL<br>555 W. 33RD PLACE<br>CHICAGO, ILLINOIS 60616 | APARTMENT LEASE |

In re: ANNIAS BELL
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

CONFIDANCE BELL
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

Case No. _____

# SCHEDULE H - CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dzfaa K. Lotsu<br>555 E. 33rd Place, #309<br>Chicago, Illinois 60616 | AMERICAN HONDA FINANCE CORP.<br>PO BOX 0544<br>CAROL STREAM, IL 60132 |

In re: ANNIAS BELL
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

CONFIDANCE BELL
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

Case No. _____

# Schedule I - Current Income Of Individual Debtor(s)

| Debtor's Marital Status: **MARRIED** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age:    45<br>Spouse's Age:   42 | NAMES<br>**DZIFA LOTSU**<br>**THANS LOTSU** | AGE<br>19<br>26 | RELATIONSHIP<br>SON<br>SON |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **STEEL DETAILER** | **LAB TECH.** |
| How long employed | **12 YEARS** | **7 YRS.** |
| Name and Address of Employer | **G.A. ABELL & CO.**<br>**407 S. DEARBORN, #1225**<br>**CHICAGO, IL 60605** | **RUSH PRESB. HOSPITAL**<br>**1653 W. CONGRESS PARKWAY**<br>**CHICAGO, IL 60612** |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $    3,268.00 | $    1,600.00 |
| Estimated monthly overtime | $        0.00 | $        0.00 |
| SUBTOTAL | $    3,268.00 | $    1,600.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a.) Payroll taxes and social security | $      774.00 | $      300.00 |
| b.) Insurance | $        0.00 | $       99.00 |
| c.) Union dues | $        0.00 | $        0.00 |
| d.) Other | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $      774.00 | $      399.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $    2,494.00 | $    1,201.00 |
| Regular income from operation of business, profession or farm (attach detailed statement) | $        0.00 | $        0.00 |
| Income from real property | $        0.00 | $        0.00 |
| Interest and dividends | $        0.00 | $        0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $        0.00 | $        0.00 |
| Social security or other government assistance (Specify) | $        0.00 | $        0.00 |
| Pension or retirement income | $        0.00 | $        0.00 |
| Other monthly income (Specify) | $        0.00 | $        0.00 |
| TOTAL MONTHLY INCOME | $    2,494.00 | $    1,201.00 |

TOTAL COMBINED MONTHLY INCOME    $      3,695.00

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

    NONE

Schedule I - Page 1

In re:  ANNIAS BELL                    CONFIDANCE BELL                Case No. _____
        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                    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

# Schedule J - Current Expenditures Of Individual Debtor(s)

[x] Check this box if a joint petition is filed and debtor's spouse maintains a separate
household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 409.00 |
|     Are real estate taxes included?   [ ] Yes  [x] No | | |
|     Is property insurance included?   [ ] Yes  [x] No | | |
| Utilities:     Electricity and heating fuel | $ | 0.00 |
|     Water and sewer | $ | 0.00 |
|     Telephone | $ | 80.00 |
|     Other: | $ | 0.00 |
| Home Maintenance (Repairs and upkeep) | $ | 15.00 |
| Food | $ | 400.00 |
| Clothing | $ | 25.00 |
| Laundry and dry cleaning | $ | 30.00 |
| Medical and dental expenses | $ | 150.00 |
| Transportation (not including car payments) | $ | 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments): | | |
|     Homeowner's or renter's | $ | 0.00 |
|     Life | $ | 0.00 |
|     Health | $ | 0.00 |
|     Auto | $ | 85.00 |
|     Other: | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) PAYMENT PLAN WITH IRS | $ | 400.00 |
| Installment payments (In chapter 12 & 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | 440.73 |
|     Other: | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 300.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach stmt) | $ | 0.00 |
| Other: | $ | 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)     | $ | 2,684.73 |

(FOR CHAPTER 12 and 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly,
monthly, annually, or at some other regular interval.
A.  Total projected monthly income
B.  Total projected monthly expenses
C.  Excess income (A minus B)
D.  Total amount to be paid into plan

In re:  ANNIAS BELL                    CONFIDANCE BELL                    Case No. _____
        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                    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

## SPOUSE

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 806.00 |
| Are real estate taxes included?   [ ] Yes  [x] No | | |
| Is property insurance included?   [ ] Yes  [x] No | | |
| | | |
| Utilities:    Electricity and heating fuel | $ | 50.00 |
| Water and sewer | $ | 0.00 |
| Telephone | $ | 150.00 |
| Other:    CABLE | $ | 45.00 |
| | | |
| Home Maintenance (Repairs and upkeep) | $ | 30.00 |
| Food | $ | 400.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 0.00 |
| Transportation (not including car payments) | $ | 125.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments): | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 57.00 |
| Health | $ | 0.00 |
| Auto | $ | 0.00 |
| Other: | $ | 0.00 |
| | | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments (In chapter 12 & 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 305.00 |
| Other: | $ | 0.00 |
| | | |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach stmt) | $ | 0.00 |
| Other: | $ | 0.00 |

| | | |
|---|---|---|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 2,168.00 |

(FOR CHAPTER 12 and 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.
A.  Total projected monthly income
B.  Total projected monthly expenses
C.  Excess income (A minus B)
D.  Total amount to be paid into plan

In re:  ANNIAS BELL                    BELL CONFIDANCE              Case No. _____
        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                    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

# Declaration Concerning Debtor's Schedules

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  13 sheets plus the summary page, and
that they are true and correct to the best of my knowledge, information, and belief.

Date  _3-12-99_                     Signature _Annias Bell_
                                              ANNIAS BELL

Date  _3/29/99_                     Signature _Confh Bell_
                                              BELL CONFIDANCE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C §
152 and 3571.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

In re:  ANNIAS BELL                    CONFIDANCE BELL                 Case No. _____
        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                    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                    Chapter  7

# STATEMENT OF FINANCIAL AFFAIRS

---

## 1. Income from employment or operation of business

None
[ ]

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 40,664.00 | **FULL TIME EMPLOYMENT - HUSBAND** | 12/31/96 |
| 17,500.00 | **FULL TIME EMPLOYMENT - WIFE** | 12/31/96 |
| 40,664.00 | **FULL TIME EMPLOYMENT - HUSBAND** | 12/31/97 |
| 18,000.00 | **FULL TIME EMPLOYMENT - WIFE** | 12/31/97 |
| 35,882.00 | **FULL TIME AND PART TIME JOBS - HUSBAND** | YTD 1998 |
| 39,216.00 | **FULL TIME AND PART TIME - WIFE JOBS** | 12/31/98 |

---

## 2. Income other than from employment or operation of business

None
[ ]

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 3,000.00 | **STRUCTURAL CONTRACTING - HUSBAND** |
| 3,000.00 | **CONTRACT WORK --STRUCTURAL DRAFTING HUSBAND** |

---

## 3. Payments to creditors

None
[X]

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None
[X]

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
[ ]

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| BELL VS. BELL 98 D 16597 | DOMESTIC | COOK COUNTY, ILLINOIS | PENDING |

None
[X]

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None
[X]

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None
[X]

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None
[X]

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None
[X]

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None
[ ]

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| FORREST L. INGRAM P.C. 79 W. MONROE, SUITE 1210 CHICAGO, IL 60603 | AUGUST 7, 1998 | $1400 ATTORNEY FEE $175 FILING FEE |

None
[X]

## 10.  Other transfers

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

## 11.  Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

## 12.  Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

## 13.  Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

## 14.  Property held for another person

List all property owned by another person that the debtor holds or controls.

None
[ ]

## 15.  Prior address of debtor

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 555 E. 33RD PLACE<br>CHICAGO, IL 60610 | ANIAS BELL | |

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _4-1-99_                          Signature _Annias Bell_
                                          ANNIAS BELL

Date _3/29/99_                         Signature _Confidance Bell_
                                          CONFIDANCE BELL

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

In re:  ANNIAS BELL           CONFIDANCE BELL              Case No. _____
        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           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
                                                          Chapter  7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with repect to the property of the estate which secures those consumer debts:

*A. Property To Be Surrendered.*

| Description of Property | Creditor's name |
|---|---|
| 1.  NONE | NONE |

*B. Property To Be Retained.*                *[Check any applicable statement.]*

| Description of property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 1. 1995 HONDA ACCORD/FOUR DOOR | AMERICAN HONDA FINANCE CORP. | | | X |
| 2. VARIOUS HOUSEHOLD FURNITURE PURCHASED FROM SHAWS. | MIDLAND FINANCE CO. | | | X |
| 3. VARIOUS HOUSEHOLD FURNITURE | SHAWS | | | X |
| 4. 1997 FORD TAURUS SEDAN | FORD MOTOR CREDIT | | | X |

Date: 3/29/99                        *Confidh Bell*
                                     CONFIDANCE BELL, Joint Debtor

Date: 4-1-99                         *Annias Bell*
                                     ANIAS BELL, Joint Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

In re:  ANNIAS BELL                   CONFIDANCE BELL                   Case No.
        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                   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                      Chapter 7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                                          $        1,400.00

    Prior to filing this statement, I have received                                      $        1,400.00

    Balance Due
                                                                                         $            0.00

2.  The source of compensation paid to me is:

    [ ] Debtor                 [X] Other(specify)        **NONE.**

3.  The source of compensation to be paid to me is:

    [ ] Debtor                 [X] Other(specify)        **NONE.**

4.  [X]  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ]  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)  Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11, United States Code;

    b)  Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

    c)  Representation of the debtor(s) at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

    d)  (Other provisions as needed)

        **ADVERSARIAL AND CONTESTED MATTERS AT $160 PER HOUR.**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

    **ADVERSARIAL AND CONTESTED MATTERS**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 4-12-99

FORREST L. INGRAM, Bar No: 3129032
FORREST L. INGRAM, P.C.
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

Central District of Illinois

In re:  ANNIAS BELL
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

BELL CONFIDANCE
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

Case No. _____
Chapter  7

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 2 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  3-12-99

Signed:  _Annias Bell_
ANNIAS BELL

Signed:  _Forrest Ingram_
FORREST L. INGRAM
Bar no. 3129032

Signed:  _Conf'h Bell_
BELL CONFIDANCE

FORREST L. INGRAM
FORREST L. INGRAM, P.C.
79 WEST MONROE
SUITE 1210
CHICAGO, IL 60603-4907

DISCOVER
PO BOX 6011
DOVER, DE 19903

QCARD
PO BOX 105981
DEPT. 05
ATLANTA, GA 30353

ANNIAS BELL
30 W. CHICAGO, APT. 1035
CHICAGO, IL 60610

DISTRICT COUNSEL
INTERNAL REVENUE SERVICE
200 W. ADAMS
SUITE 2300
CHICAGO, IL 60606

RADIO SHACK
PO BOX 2016
OMAHA, NE 68103

CONFIDANCE BELL
555 W. 33RD PLACE
CHICAGO, IL 60616

DISTRICT DIRECTOR
INTERNAL REVENUE SERVICES
P.O.BOX 745
CHICAGO, IL 60690
ATN: DPN27-3

SEARS PAYMENT CENTER
PO BOX 778
COLUMBUS, OH 43216

AMERICAN EXPRESS
CENTURION BANK
SUITE 0002
CHICAGO, IL 60679

DZFAA K. LOTSU
555 E. 33RD PLACE, #309
CHICAGO, ILLINOIS 60616

SHAWS
4805 S. ASHLAND
CHICAGO, IL 60609

AMERICAN HONDA FINANCE
PO BOX 0544
CAROL STREAM, IL 60132

ELAN FINANCIAL SERVICES
PO BOX 5225
LISLE, IL 60532

STUDENT LOAN CORPORATION
P.O. BOX 92906
ROCHESTER, NY 14692

AMOCO
PO BOX 9014
DES MOINES, IOWA 50368

FIRST CONSUMERS NATIONAL BANK
9310 SW GEMINI DRIVE
BEAVERTON, OREGON 97078

AT&T UNIVERSAL CARD
PO BOX 4195
CAROL STREAM, IL 60197

FORD MOTOR CREDIT
PO BOX 6066
DEARBORN, MI 48121

CIRCUIT CITY
C/O FIRST NORTH AMERICAN
NATIONAL BANK
PO BOX 3083
MILWAUKEE, WI 53201

MBNA AMERICA
PO BOX 1509
WILMINGTON, DE 19886

CITIBANK
PO BOX 6200
THE LAKES, NEVADA 88901

MIDLAND FINANCE CO.
7541 N. WESTERN
CHICAGO, IL 60645

DIRECT LOANS
.S. DEPARTMENT OF ED
.O. BOX 746000
TLANTA, GA 30374-6000

NATIONS BANK OF DELAWARE
PO BOX 85350
LOUISVILLE, KY 40285